■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MONTALVO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered November 3, 1983, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY PACHAY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered January 6, 1983, convicting him of attempted murder in the first degree, attempted murder in the second degree, robbery in the first degree, aggravated assault upon a police officer, and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9).

Moreover, the facts admitted by the defendant at his plea allocution sufficiently established his guilt as to all elements of the crimes charged. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.